No. 96–6645. MARTINEZ v. LETICA CORP. C. A. 6th Cir. Certiorari denied.

No. 96–6649. CARLTON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 96–6659. SCOTT v. RECESSION HEARING OFFICIAL ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6668. WOMBLE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–6676. LOWE v. CANTRELL ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6678. STEPHEN v. PRUNTY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–6680. ASHTON v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6684. BAST v. GLASBERG ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–6694. BAPTISTE v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 96–6700. ALLEN v. PRICE, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6703. SAMPLES v. SCOTT, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–6708. MILLER v. DELAWARE RIVER PORT AUTHORITY. C. A. 3d Cir. Certiorari denied.

No. 96–6709. AWKAL v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 96–6723. ANDRZEJEWSKI v. CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 96–6725. RIVERS v. WOOD, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.